Order issued September 19 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00211-CR

CHRISTEN MITCHELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-61101-U

# ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 7 and 11, DVDs. The exhibits must be filed in the proper MP3 or MP4 format.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, Official Court Reporter, 291st Judicial District Court, and to counsel for all parties. .

DAVID L. BRIDGES
JUSTICE